IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01631-MJW

MICHAEL C. KLIPFEL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Opinion and Order signed by the Honorable Michael J. Watanabe on September 19, 2014 , incorporated herein by reference, it is

ORDERED that the Commissioner's decision is REMANDED to the Commissioner for further hearing. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Michael C. Klipfel, and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED at Denver, Colorado this 19th day of September, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/S. Libid
S. Libid, Deputy Clerk