IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01631-MJW

MICHAEL C. KILPFEL,

Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

Defendant.

## ORDER

**Michael J. Watanabe**
**United States Magistrate Judge**

      This Court, having reviewed the parties' Stipulation to Attorney Fees Under the Equal Access to Justice Act (Docket No. 26), and being fully apprised in its premises, GRANTS the Motion and ORDERS:

- Defendant shall pay $3,482.50 of attorney fees to Plaintiff pursuant to the EAJA.

- If, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney.

- However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

Dated:    December 9, 2014        */s/ Michael J. Watanabe*
             Denver, Colorado         Michael J. Watanabe
                                               United States Magistrate Judge