IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01631-MJW

MICHAEL C. KILPFEL,

Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

Defendant.

## MINUTE ORDER

Entered by U.S. Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Alter or Amend Order (Docket No. 28) is GRANTED. The Court's order awarding attorneys fees to Plaintiff (Docket No. 27) is AMENDED to award $4,320.82 in fees rather than $3,482.50 as originally stated.

Dated: December 19, 2014